UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACHELLE PEARSON, and
MARIA SHELDON, on behalf of
Themselves and others similarly situated,

        Plaintiffs,                           Case No. 19-10707
                                                     HON. VICTORIA A. ROBERTS

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*

        Defendants.
_____/

## ORDER DENYING DEFENDANT CORIZON HEALTH, INC.'S MOTION TO DISMISS [DOC. #11]

On April 22, 2019, the Court issued an Order Regarding Defendant Corizon Health, Inc.'s Motion to Dismiss, requiring Plaintiffs to either file an amended complaint or respond to the motion.

Plaintiffs complied with the Order and filed an Amended Complaint. Defendant's Motion to Dismiss [Doc. #11] is **DENIED WITHOUT PREJUDICE.**

**IT IS ORDERED.**

                                s/ Victoria A. Roberts_____
                                Victoria A. Roberts
                                United States District Judge

Dated: May 14, 2019