UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACHELLE PEARSON, ET AL.,
On behalf of herself and others similarly situated,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, ET AL.,

    Defendants.
_____/

Case No.  19-10707
Honorable Victoria A. Roberts

## ORDER PERTAINING TO PLAINTIFFS' MOTION FOR CONSOLIDATION OF CASES AND APPOINTMENT OF INTERIM CLASS COUNSEL

Plaintiffs' filed the above entitled motion on June 7, 2019.  They request that the Court consolidate the matter with 19-cv-10771, and that it appoint interim class counsel.

The Court holds this motion in abeyance, inasmuch as a prior order of the Court ordered Defendants in both cases not to file any more papers until counsel for all parties appeared.

**IT IS ORDERED**.

                                              s/ Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated:  6/20/2019