UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACHELLE PEARSON, MARIA
SHELDON, RACHELL GARWOOD,
REBECCA SMITH,
on behalf of themselves
and others similarly situated,

        Plaintiffs,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, HEIDI WASHINGTON,
SHAWN BREWER, RUSSELL MARLAN,
KENNETH MCKEE, LLOYD RAPELJE,
LIA GULICK, DAVID JOHNSON, KARRI
OSTERHOUT, JOSEPH TREPPA, DAN
CARTER, RICHARD BULLARD and
TONI MOORE, JAMES BLESSMAN,
CARMEN MCINTYRE, WAYNE STATE
UNIVERSITY, CORIZON, in their official and
individual capacities,

        Defendants.
_____/

Case No. 19-10707
District Judge Victoria A. Roberts
Mag. Judge Elizabeth A. Stafford

## ORDER GRANTING MOTION FOR APPOINTMENT OF PLAINTIFFS' INTERIM CLASS COUNSEL [ECF No. 91]

Nichols Kaster, PLLP, Marko Law, PLLC, and Pitt McGehee Palmer & Rivers, PC request that the Court appoint them as Plaintiffs' Interim co-Lead Counsel ("Interim co-Lead Counsel") pursuant to Fed. R. Civ. P. 23(g) and the Manual for Complex Litigation 4th ("MCL") §§ 10 and 21. The Law Offices

1

of David S. Steingold, PLLC and Excolo Law, PLLC request that the Court appoint them as interim liaison counsel ("Interim Liaison Counsel") for the putative classes.

Defendants do not oppose this motion.

The Court **GRANTS** Interim co-lead Counsel and Interim Liaison Counsel's motion. The Court appoints Nichols Kaster, PLLP, Marko Law, PLLC, and Pitt McGehee Palmer & Rivers, PC, as interim co-lead counsel and the Law Offices of David S. Steingold, PLLC and Excolo Law, PLLC, as interim liaison counsel for the putative classes.

**IT IS ORDERED.**

Date: August 24, 2020

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge