UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACHELLE PEARSON, MARIA SHELDON,
and RACHELL GARWOOD, on behalf of
themselves and others similarly situated,

    Plaintiffs,

-vs-                              Civil Action No. 2:19-cv-10707 VAR-PTM
                                Hon. Victoria A. Roberts
                                Magistrate Patricia T. Morris

MICHIGAN DEPARTMENT OF CORRECTIONS,
HEIDI WASHINGTON, in her individual and official
capacity, SHAWN BREWER, in his individual and
official capacity, RUSSELL MARBER, in his
individual and official capacity, KENNETH MCKEE,
in his individual and official capacity, LLOYD RAPELJE,
in his individual and official capacity, LIA GULICK,
in her individual and official capacity, MARTI KAY
SHERRY, in her individual and official capacity,
DAVID JOHNSON, in his individual and official
capacity, KARRI OUSTERHOUT, in her individual
and official capacity, WAYNE STATE UNIVERSITY,
CARMEN MCINTYRE, in her individual and official
capacity, JAMES BLESSMAN, in his individual and
official capacity, CORIZON HEALTH, INC., a Delaware
corporation, and JEFFREY BOMBER, in his individual
and official capacity

    Defendants.
_____/

| | |
|---|---|
| JONATHAN R. MARKO (P72450)<br>Attorney for Plaintiffs<br>645 Griswold/Suite 4100<br>Detroit, MI 48226<br>(313) 965-5555 mailto:john@ernstmarkolaw.com | 248-398-9800<br>mailto:morgan@nka.com<br>MATT H. MORGAN (MN 304657)<br>REBEKAH L. BAILEY (MN 387013)<br>Co-Counsel for Plaintiff<br>80 S. Eight Street/Suite 4600<br>Minneapolis, MN 55402<br>612-256-3200 |
| CARY S. McGEHEE (P42318)<br>BETH M. RIVERS (P33614)<br>Co-counsel for Plaintiffs<br>117 W. 4th Street/Suite 200<br>Royal Oak, MI 48067 | CULLEN B. McKINNEY (P49757)<br>Attorney for Defendants, Carmen<br>McIntyre and James Blessman<br>38777 Six Mile Road, Suite 101 |

| | |
|---|---|
| Livonia, MI 48152 | |
| (313) 964-4500 (fax 734/469-4298) | |
| RONALD W. CHAPMAN, SR (P37603) | SCOTT A. MERTENS (P60069) |
| WEDAD IBRAHIM (P81970) | NEIL GIOVANATTI (P82305) |
| Attorneys for Corizon Health, Inc. | TRACEY VAN den BERGH (P70066) |
| and Jeffrey Bomber, D.O. | KRISTIE A. SPARKS (P79177) |
| 1441 West Long Lake Road, Suite 310 | Attorneys for Defendants, Brewer, |
| Troy, MI 48098 | McKeen, Marlan, MDOC, Rapelje, Sherry |
| (248) 644-6326 | & Washington |
| | MDOC Division |
| DAVID S. STEINGOLD (P29752) | P.O. Box 30217 |
| 500 Griswold Street, Suite 2320 | Lansing, MI 48909 |
| Detroit, MI 48226 | (517) 335-3055 |
| (313) 962-0000 | |

_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Thomas P. Sullivan (P74011) has this day been substituted in place and stead of attorney, Trevor J. Zamborsky (P77244), as attorney for Defendants, James Blessman and Carmen McIntyre. I also request a withdrawal of Trevor J. Zamborsky from this case, as Trevor J. Zamborsky is no longer in the employ of Tanoury, Nauts, McKinney & Dwaihy, PLLC.

s/ Victoria A. Roberts
U.S. District Court Judge

Dated: 4/16/2021

APPROVED AS TO FORM

  */s/ Thomas P. Sullivan*
CULLEN B. McKINNEY P49757
THOMAS P. SULLIVAN P74011
Attorneys for Drs. McIntyre and Blessman

DATED: April 13, 2021

S:\McKinney-Team\PEARSON.M\PLDGS\PROPOSED ORDER FOR SUB OF ATTYS.wpd