UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE PEARSON, MARIA SHELDON, and RACHELL GARWOOD, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>HEIDI WASHINGTON, KENNETH MCKEE, JEREMY BUSH, LIA GULICK, MARTI KAY SHERRY, CRAIG HUTCHINSON, SHAWN BREWER, DAVID JOHNSON, KARRI OSTERHOUT, KRISTINA FISHER, CARMEN MCINTYRE, JAMES BLESSMAN, CORIZON HEALTH, INC. a Delaware Corporation, JEFFREY BOMBER, ROBERT LACY, KEITH PAPENDICK, and RICKEY COLEMAN, in their individual and official capacities,<br><br>    Defendants. | NO. 2:19-cv-10707<br><br>HON. VICTORIA A. ROBERTS<br><br>MAG. ELIZABETH A. STRAFFORD<br><br>**MDOC DEFENDANTS' APPEARANCE OF COUNSEL** |
| REBECCA SMITH, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>HEIDI WASHINGTON, SHAWN BREWER, in their individual capacity, and CORIZON HEALTH, INC., a Delaware Corporation,<br><br>    Defendants. | NO. 2:19-cv-10771<br><br>HON. VICTORIA A. ROBERTS<br><br>MAG. ELIZABETH A. STRAFFORD |

1

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
1300 Broadway Street, Suite 500
Detroit, MI 48226
(313) 777-7LAW
jon@markolaw.com

**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0387013)
Nicole Schladt (MN0400234)
80 South Eighth Street, Suite 4600
Minneapolis, MN 55402
(612) 256-3200
morgan@nka.com

**PITT MCGEHEE PALMER & RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com

**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold St., Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com

**JOHNSON LAW, PLC**
Solomon M. Radner (P73653)
Buhl Building
535 Griswold St, Ste 2632
Detroit, MI 48226
(313) 324-8300
sradner@venjohnsonlaw.com

**MI DEP'T OF ATTORNEY GEN.**
Scott A. Mertens (P60069)
Kristin M. Heyse (P64353)
Michael R. Dean (P71333)
John L. Thurber (P44989)
Zachary A. Zurek (P80116)
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
mertenss@michigan.gov

*Attorneys for Defendants Bush, McKee, Fisher, Gulick, Sherry, Brewer, Johnson, Osterhout and Washington*

**CHAPMAN LAW GROUP**
Ronald W. Chapman, Sr. (P37603)
Wedad Ibrahim (P81970)
1441 West Long Lake Rd, Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com

*Attorneys for Defendants Corizon, Lacy Hutchinson, and Bomber*

**TANOURY NAUTS MCKINNEY & GARBARINO**
Cullen B. McKinney (P49757)
Trevor J. Zamborsky (P77244)
38777 Six Mile Road, Ste 101
Livonia, MI 48152
(313) 964-4500
Cullen.mckinney@TNMGLaw.com

*Attorneys for Defendants McIntyre and Blessman*

**MDOC DEFENDANTS' APPEARANCE OF COUNSEL**

2

*Attorneys for Plaintiffs Pearson, Sheldon, and Garwood*

**LAW OFFICE OF DANIEL RANDAZZO**
Daniel Randazzo (P39935)
2731 South Adams Rd., Ste. 100
Rochester Hills, MI 48309
(248) 853-1003
Attyrandaz@aol.com

*Attorney for Plaintiff Smith*

/

## MDOC DEFENDANTS' APPEARANCE OF COUNSEL

Please enter the appearance of Zachary A. Zurek (P80116) Assistant Attorney General of the State of Michigan, as Counsel on behalf of Defendants Kristin Fisher and Jeremy Bush, in addition to Heidi Washington, Kenneth Mckee, Lia Gulick, Marti Kay Sherry, Shawn Brewer, David Johnson and Karri Osterhout, in the above-entitled actions.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ Zachary A. Zurek*
Zachary A. Zurek
Assistant Attorney General

3

Attorney for MDOC Defendants
Michigan Dep't of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
zurekz1@michigan.gov

Dated: April 20, 2021        P80116

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on April 20, 2021, I electronically filed *the foregoing document* together with this *Certificate of Service* with the Clerk of the Court using the ECF System, which will provide electronic copies to parties of record.

*/s/ Zachary A. Zurek*
Zachary A. Zurek (P80116)
Assistant Attorney General
Attorney for MDOC Defendants
Michigan Dep't of Attorney General
MDOC Division
