# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MACHELLE PEARSON, MARIA SHELDON, and RACHELL GARWOOD, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

HEIDI WASHINGTON, in her individual and official capacity, KENNETH MCKEE, in his individual and official capacity, JEREMY BUSH, in his individual and official capacity, LIA GULICK, in her individual and official capacity, MARTI KAY SHERRY, in her individual and official capacity, CRAIG HUTCHINSON, in his individual and official capacity, SHAWN BREWER, in his individual and official capacity, DAVID JOHNSON, in his individual and official capacity, KARRI OSTERHOUT, in her individual and official capacity, KRISTINA FISHER, in her individual capacity, CARMEN MCINTYRE, in her individual and official capacity, JAMES BLESSMAN, in his individual and official capacity, CORIZON HEALTH, INC., a Delaware Corporation, and JEFFREY BOMBER, in his individual and official capacity, ROBERT LACY, in his individual and official capacity,

Case No. 2:19-cv-10707 VAR-PTM

District Judge Victoria A. Roberts
Mag. Judge Patricia T. Morris

| | |
|---|---|
| KEITH PAPENDICK, in his individual and official capacity, and RICKEY COLEMAN, in his individual and official capacity,  )<br>)<br>)<br>)<br>)<br>) Defendants.  )<br>) | |
| REBECCA SMITH, on behalf of herself and others similarly situated,  )<br>)<br>)<br>) Plaintiff,  )<br>)<br>v.  )<br>)<br>HEIDI WASHINGTON, in her individual capacity, SHAWN BREWER, in his individual capacity, and CORIZON HEALTH, INC., a Delaware Corporation,  )<br>)<br>)<br>)<br>) Defendants.  )<br>) | Case No. 2:19-cv-10771 VAR-EAS<br><br>District Judge Victoria A. Roberts<br>Mag. Judge Elizabeth A. Strafford |

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
1300 Broadway Street, Suite 500
Detroit, MI 48226
P: (313) 777-7LAW
jon@markolaw.com

**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0389599)
Nicole Schladt (MN0400234)
80 South Eighth Street, Suite 4700
Minneapolis, MN  55402
P: (612) 256-3200
morgan@nka.com

**MI DEP'T OF ATTORNEY GEN.**
Scott A. Mertens (P60069)
Kristen M. Heyse (P64353)
Michael Dean (P71333)
John L. Thurber (P44989)
Zachary A. Zurek (P80116)
MDOC Division
P.O. Box 30217
Lansing, MI  48909
P: (517) 335-3055
mertensS@michigan.gov

*Attorneys for Defendants Washington, Howard, Brewer, McKee, Bush, Gulick, Johnson, Osterhout, and Fisher*

| | |
|---|---|
| **PITT MCGEHEE PALMER & RIVERS PC**<br>Cary S. McGehee (P42318)<br>Beth M. Rivers (P33614)<br>Channing Robinson-Holmes (P81698)<br>117 W. 4th Street, Suite 200<br>Royal Oak, MI 48067<br>P: (248) 398-9800<br>cmcgehee@pittlawpc.com<br><br>**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**<br>David S. Steingold (P29752)<br>Samantha M. Baker (P83674)<br>500 Griswold St., Ste. 2320<br>Detroit, MI 48226<br>(313) 962-0000<br>detroitdefender@yahoo.com<br><br>**EXCOLO LAW, PLLC**<br>Solomon M. Radner (P73653)<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>P: (866) 939-2656<br>sradner@excololaw.com<br><br>*Attorneys for Plaintiffs Pearson, Sheldon, and Garwood*<br><br>**LAW OFFICE OF DANIEL RANDAZZO**<br>Daniel Randazzo (P39935)<br>2731 South Adams Rd., Ste. 100<br>Rochester Hills, MI 48309<br>(248) 853-1003<br>Attyrandaz@aol.com<br><br>*Attorney for Plaintiff Smith* | **CHAPMAN LAW GROUP**<br>Ronald W. Chapman, Sr. (P37603)<br>Wedad Ibrahim (P81970)<br>1441 West Long Lake Rd, Suite 310<br>Troy, MI 48098<br>P: (248) 644-6326<br>rchapman@chapmanlawgroup.com<br><br>*Attorneys for Defendants Corizon and Bomber*<br><br>**TANOURY NAUTS MCKINNEY & GARBARINO**<br>Cullen B. McKinney (P49757)<br>Trevor J. Zamborsky (P77244)<br>38777 Six Mile Road, Ste 101<br>Livonia, MI 48152<br>P: (313) 964-4500<br>Cullen.mckinney@TNMGLaw.com<br><br>*Attorneys for Defendants McIntyre and Blessman* |

## STIPULATED ORDER CLARIFYING CLAIMS

Plaintiffs Machelle Pearson, Maria Sheldon, Rachel Garwood, and Rebecca Smith, on behalf of themselves and their proposed class actions of similarly situated inmates (collectively "Plaintiffs"), and Defendants Heidi Washington, Shawn Brewer, Kenneth McKee, Jeremy Bush, Lia Gulick, David Johnson, Karri Osterhout, and Kristina Fisher, (the "MDOC Defendants"), by and through their above attorneys, hereby submit the following Stipulation to clarify the scope of Plaintiffs' active claims.

**WHEREAS:**

1.  Plaintiffs filed a consolidated master class action complaint on February 11, 2020 to consolidate this action and *Smith v. MDOC*, No. 2:19-cv-10771-SJM-MKM (E.D. Mich.), Compl., ECF No. 1. (ECF No. 69);

2.  On April 20, 2020 the MDOC Defendants filed a motion to dismiss Plaintiffs' master complaint on several grounds, (ECF Nos. 83, 86), and also separately moved for summary judgment, (ECF No. 85);

3.  In response to the MDOC Defendants' motion to dismiss, Plaintiffs in part made the following representations:

> Under Count II of Plaintiffs' Consolidated Complaint, Plaintiffs bring claims for gross negligence against, in part, Heidi Washington. Defendants argue that Washington is entitled to absolute immunity

1

> from tort liability, and the gross negligence claims alleged against her specifically should be dismissed pursuant to Mich. Comp. Laws § 691.1407(5). **Plaintiffs agree to dismiss their negligence count against Defendant Washington only**. Notably, however, Defendant does not argue that any of Plaintiffs' federal claims are barred or that the negligence claim is inappropriate as to any other Defendant, limiting this concession to claims against Washington under Mich. Comp. Laws § 691.1407.

(Pls.' Resp. 21, ECF No. 93 (emphasis added).)

> Under Count III of Plaintiffs' Consolidated Complaint, Plaintiffs bring claims for violations of their substantive Due Process rights under the 14th Amendment of the U.S. Constitution against the MDOC Defendants only. **Plaintiffs do not contest the MDOC Defendants' motion to dismiss this count**.

(*Id.* (emphasis added));

4. The Court granted the MDOC Defendants' motion to dismiss without prejudice, (ECF No. 112);

5. Plaintiffs filed their amended master complaint, (ECF No. 114), and the Court reopened the case, denying all Defendants' motions to strike, (ECF No. 131);

6. Plaintiffs and the MDOC Defendants met and conferred on April 13, 2021. Consistent with the statements made by Plaintiffs in responding to the MDOC Defendants' motion to dismiss, Plaintiffs agreed that they are not presently advancing negligence claims against Defendant Washington and that Plaintiffs are not seeking a standalone 14th Amendment cause of action against the MDOC Defendants; and

7. The MDOC Defendants also represented during the conferral that

2

Defendants Johnson and Fisher are no longer employees of the MDOC. Following the conferral, the Defendants represented that McKee is no longer an employee of the MDOC. Given this, Plaintiffs agree not to seek injunctive relief against Defendants Johnson, Fisher, and McKee in their official capacities.

**THEREFORE, IT IS NOW STIPULATED:**

a) Plaintiffs' amended consolidated master class action complaint shall not be interpreted to include a standalone 14th Amendment cause of action against the MDOC Defendants;

b) Plaintiffs agree to dismiss without prejudice their gross negligence claim against Defendant Washington; and

c) Plaintiffs agree to dismiss without prejudice claims against Defendants Johnson, Fisher, and McKee in their official capacities for injunctive relief.

This matter having come before the Court by way of agreement amongst the parties, and the Court being otherwise fully advised in the premises:

**IT IS SO ORDERED.**

Dated: April 26, 2021              s/ Victoria A. Roberts
                                   HON. VICTORIA A. ROBERTS
                                   U.S. District Court Judge


Stipulated and Approved for Entry:

Dated: April 26, 2021

| /s/Rebekah L. Bailey | /s/Scott A. Mertens (w/ permission) |
|---|---|
| **NICHOLS KASTER, PLLP** | **MI DEP'T OF ATTORNEY GEN.** |
| Matthew H. Morgan (MN304657) | Scott A. Mertens (P60069) |
| Rebekah L. Bailey (MN0389599) | Kristen M. Heyse (P64353) |
| Nicole Schladt (MN0400234) | Michael Dean (P71333) |

3

| | |
|---|---|
| 80 South Eighth Street, Suite 4700<br>Minneapolis, MN  55402<br>P: (612) 256-3200<br>morgan@nka.com<br>bailey@nka.com<br>nschladt@nka.com | John L. Thurber (P44989)<br>Zachary A. Zurek (P80116)<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>P: (517) 335-3055<br>mertensS@michigan.gov |
| **MARKO LAW, PLLC**<br>Jonathan R. Marko (P72450)<br>1300 Broadway Street, Suite 500<br>Detroit, MI 48226<br>P: (313) 777-7LAW<br>jon@markolaw.com | *Attorneys for Defendants Washington, Howard, Brewer, McKee, Bush, Gulick, Johnson, Osterhout, and Fisher* |

**PITT MCGEHEE PALMER & RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI  48067
P: (248) 398-9800
cmcgehee@pittlawpc.com
brivers@pittlawpc.com
crobinson@pittlawpc.com

**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold St., Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com
samanthabaker@thedetroitdefender.com

**EXCOLO LAW, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
P: (866) 939-2656

sradner@excololaw.com

*Attorneys for Plaintiffs Pearson, Sheldon, and Garwood*

**LAW OFFICE OF DANIEL RANDAZZO**
Daniel Randazzo (P39935)
2731 South Adams Rd., Ste. 100
Rochester Hills, MI 48309
(248) 853-1003
Attyrandaz@aol.com

*Attorneys for Plaintiff Smith*

5