UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACHELLE PEARSON, MARIA SHELDON, and RACHELL GARWOOD, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

HEIDI WASHINGTON, KENNETH MCKEE, JEREMY BUSH, LIA GULICK, MARTI KAY SHERRY, CRAIG HUTCHINSON, SHAWN BREWER, DAVID JOHNSON, KARRI OSTERHOUT, KRISTINA FISHER, CARMEN MCINTYRE, JAMES BLESSMAN, in their individual and official capacities, CORIZON HEALTH, INC. a Delaware Corporation, JEFFREY BOMBER, ROBERT LACY, KEITH PAPENDICK, and RICKEY COLEMAN, in their individual and official capacities,

Defendants.

NO. 2:19-cv-10707 (lead)

HON. STEPHEN J. MURPHY, III

MAG. PATRICIA T. MORRIS

---

REBECCA SMITH, on behalf of herself and others similarly situated,

Plaintiff,

v.

HEIDI WASHINGTON, SHAWN BREWER, in their individual capacity, and CORIZON HEALTH, INC., a Delaware Corporation,

Defendants.

NO. 2:19-cv-10771 (closed)

HON. STEPHEN J. MURPHY, III

MAG. ELIZABETH A. STAFFORD

**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0389599)
Grace I. Chanin (MN0399969)
80 South Eighth Street, Suite 4700
Minneapolis, MN 55402
(612) 256-3200
morgan@nka.com

**PITT MCGEHEE PALMER BONANNI & RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com

**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold St., Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7LAW
jon@markolaw.com

**EXCOLO LAW, PLLC**
Ari Kresch (P29593)
26700 Lahser Road, Ste 401
Southfield, MI 48033
(866) 939-2656

Solomon A. Radner (P73653)

**MI DEP'T OF ATTORNEY GEN.**
Joshua S. Smith (P63349)
Kristin M. Southerland (P64353)
John L. Thurber (P44989)
Michael R. Dean (P71333)
Jennifer A. Foster (P75947)
Sara E. Trudgeon (P82155)
William J. Predhomme II (P81527)
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
smithj191@michigan.gov

***Attorneys for Defendants Bush, McKee, Fisher, Gulick, Sherry, Brewer, Johnson, Osterhout and Washington, and Defendants McIntyre and Blessman***

**HACKNEY ODLUM & DARDAS**
Thomas G. Hackney (P81283)
Connor A. McLaughlin (P83229)
10850 E. Traverse Hwy. Ste. 4440
Traverse City, MI 49684
(231) 642-5026
thackney@hodlawyers.com

***Attorneys for Defendants Papendick, Lacy, Hutchinson, Coleman and Bomber***

17515 W. Nine Mile Rd Ste 1175
Southfield, MI 48075
(313) 355-3425
solomon@radnerlawgroup.com

***Attorneys for Plaintiffs Pearson, Sheldon,, Garwood and the Putative Class***

**LAW OFFICE OF DANIEL RANDAZZO**
Daniel Randazzo (P39935)
2731 South Adams Rd., Ste. 100
Rochester Hills, MI 48309
(248) 853-1003
Attyrandaz@aol.com

***Attorney for Plaintiff Smith***

---

**MOTION TO WITHDRAW AS COUNSEL FOR CORIZON DOCTOR DEFENDANTS**

NOW COMES the law firm of Hackney Odlum & Dardas and attorneys Thomas Hackney and Connor McLaughlin, counsel for Defendants Jeffrey Bomber, DO; Robert Lacy, DO; Rickey Coleman, DO; Keith Papendick, MD; and Craig Hutchinson, MD, and respectfully move this Honorable Court for leave to withdraw as counsel of record pursuant to E.D. Mich. LR 83.25.

1. This is a putative class action lawsuit arising out of allegations at the Huron Valley Correctional Facility. Plaintiffs allege that defendants violated their 8th and 14th amendment rights and were grossly negligent regarding an alleged scabies outbreak in 2016-2018. (ECF No. 114).

2. Defendants Jeffrey Bomber, DO; Robert Lacy, DO; Rickey Coleman, DO; Keith Papendick, MD; and Craig Hutchinson, MD ("Corizon Doctor Defendants" are former employees of Corizon Health, Inc., a private company that provided prison medicine services in the state of Michigan until 2023. Corizon Doctor Defendants were employed in supervisory and director positions within the Michigan Department of Corrections.

3. The parties to this case recently filed a Joint Status Report (ECF No. 304). This report outlines the lengthy case history of both this case and the related Corizon bankruptcy proceedings. Hackney Odlum & Dardas incorporates by reference the facts of that report here, and will only briefly restate portions here.

4. In February 2023, Corizon Health Inc, now named Tehum Care Services, Inc., filed for Chapter 11 bankruptcy in the Southern District of Texas in February 2023, titled *In re Tehum*, No. 23-90086. (Bnky Notice, ECF No. 197; 2d Tehum Status Rep't at PgID.3492–93.) Shortly thereafter, Corizon Doctor Defendants' counsel at Chapman Law Group informed them that they could no longer represent them due to the bankruptcy and moved to withdraw. (ECF No. 198).

5. Starting in May 2023, Hackney Odlum & Dardas was contacted by former Corizon employees for representation in various cases in both federal district courts in Michigan, including initially three and eventually all five of the Corizon Doctor Defendants for this case.

6. Hackney Odlum & Dardas accepted the representation of Corizon Doctor Defendants under the belief that they would be covered under some form of defense and indemnity either through Corizon/Tehum, its successors, or the bankruptcy proceeding.

7. Limited proceedings have occurred in this case relevant to Corizon Doctor Defendants since May 2023 and Hackney Odlum & Dardas' involvement in this case has been almost exclusively in preparing status reports, concurring in stays, attending hearings, and otherwise keeping the court informed on the bankruptcy proceedings. Corizon Doctor Defendants have not engaged in offensive or defensive discovery or motion practice.

8. After a long process, the bankruptcy court confirmed a Chapter 11 plan. In March 2023. The Plan did not provide direct money for former Corizon employees such as Corizon Doctor Defendants, but provided a mechanism where tort claimant creditors could go through. a claims mediation process to receive a portion of $50 million that was to be paid into the estate. In exchange, creditors who opted into the Plan released their claims against Corizon, its successors and "their respective current and former officers, directors, managers, employees, contractors, agents, attorneys, and other professional advisors, Insiders, and Affiliates[.]" (ECF No. 297-23, pg. 21 of 200)

9. Plaintiffs Pearson, Sheldon, and Garwood were each claimants to the bankruptcy who opted into the Plan's treatment of creditors. (Ex. 1, Declaration of Votes in Bankruptcy). Under the Plan, Plaintiffs were entitled to participate in the claims mediation process but granted a release to Corizon/Tehum and its former employees.

10. At the time of the Plan's confirmation, this case was stayed pending an appeal to the Sixth Circuit. When the case resumed, Corizon Doctor Defendants anticipated either a voluntary dismissal or motion practice to enforce the Plan.

11. However, the entity that was supposed to fund the bankruptcy estate, YesCare, failed to do so and all injunctions and releases were lifted on March 4, 2026. All holders of bankruptcy claims had until June 3, 2026 to refile or reinstate their claims.

12. The stay in this case lifted on June 9, 2026. (ECF No. 299).

13. CHS Tx. and YesCare have initiated their own bankruptcy proceedings.

14. As of this date, Corizon Doctor Defendants have no coverage for defense and indemnification. They are personally responsible for their own legal fees and would be responsible for any settlement or judgment against them.

15. Upon information and belief, Corizon Doctor Defendants do not have the financial ability to defend a class action personal injury suit of this size.

16. Except for limited incomplete payments by one client, Hackney Odlum & Dardas have not been paid for their representation to this point.

17. Hackney Odlum & Dardas do not have the capacity or financial ability to defend this suit on behalf of Corizon Doctor Defendants.

18. Hackney Odum & Dardas requests, pursuant to Rule 83.25 of the United States District Court for the Eastern District of Michigan, that they be permitted to withdraw as counsel for Corizon Doctor Defendants.

19. Continued representation of Corizon Doctor Defendants will result in an unreasonable financial burden on Hackney Odlum & Dardas and harm the representation of its other clients.

20. Withdrawal will not result in undue delay or prejudice to any matter as discovery has not resumed.

21. Hackney Odlum & Dardas have informed Corizon Doctor Defendants of this Motion by letter, discussed and clarified the requested withdrawal with them by email, will serve a copy of this Motion on them, and will ensure that they are informed of any hearing or ruling on this Motion.

22. Hackney Odlum & Dardas met and conferred with counsel for the MDOC Defendants and Plaintiffs on June 18, 2026 and explained the present motion. MDOC Defendants and Plaintiffs neither concur nor object.

WHEREFORE, Hackney Odlum & Dardas respectfully requests that this Honorable Court grant this Motion and enter an Order permitting Hackney Odlum & Dardas and attorneys Thomas Hackney and Connor McLaughlin to withdraw as counsel of record, and grant whatever other relief it deems necessary.

Respectfully
**HACKNEY ODLUM & DARDAS**

Dated: August 24, 2026

By:____________________________
Thomas G. Hackney (P81283)
Connor A. McLaughlin (P83229)
Attorneys for Jeffrey Bomber, D.O.; Robert Lacy, D.O.; Rickey Coleman, D.O.; Keith Papendick, M.D.; and Craig Hutchinson, M.D.
10850 E. Traverse Hwy. Ste. 4440
Traverse City, MI 49684
(231) 642-5026
thackney@hodlawyers.com
cmclaughlin@hodlawyers.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACHELLE PEARSON, MARIA SHELDON, and RACHELL GARWOOD, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

HEIDI WASHINGTON, KENNETH MCKEE, JEREMY BUSH, LIA GULICK, MARTI KAY SHERRY, CRAIG HUTCHINSON, SHAWN BREWER, DAVID JOHNSON, KARRI OSTERHOUT, KRISTINA FISHER, CARMEN MCINTYRE, JAMES BLESSMAN, in their individual and official capacities, CORIZON HEALTH, INC. a Delaware Corporation, JEFFREY BOMBER, ROBERT LACY, KEITH PAPENDICK, and RICKEY COLEMAN, in their individual and official capacities,

Defendants.

NO. 2:19-cv-10707 (lead)

HON. STEPHEN J. MURPHY, III

MAG. PATRICIA T. MORRIS

---

REBECCA SMITH, on behalf of herself and others similarly situated,

Plaintiff,

v.

HEIDI WASHINGTON, SHAWN BREWER, in their individual capacity, and CORIZON HEALTH, INC., a Delaware Corporation,

Defendants.

NO. 2:19-cv-10771 (closed)

HON. STEPHEN J. MURPHY, III

MAG. ELIZABETH A. STAFFORD

**NICHOLS KASTER, PLLP**
Matthew H. Morgan (MN304657)
Rebekah L. Bailey (MN0389599)
Grace I. Chanin (MN0399969)
80 South Eighth Street, Suite 4700
Minneapolis, MN 55402
(612) 256-3200
morgan@nka.com

**PITT MCGEHEE PALMER BONANNI & RIVERS PC**
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Channing Robinson-Holmes (P81698)
117 W. 4th Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com

**LAW OFFICES OF DAVID S. STEINGOLD, PLLC**
David S. Steingold (P29752)
Samantha M. Baker (P83674)
500 Griswold St., Ste. 2320
Detroit, MI 48226
(313) 962-0000
detroitdefender@yahoo.com

**MARKO LAW, PLLC**
Jonathan R. Marko (P72450)
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7LAW
jon@markolaw.com

**EXCOLO LAW, PLLC**
Ari Kresch (P29593)
26700 Lahser Road, Ste 401
Southfield, MI 48033
(866) 939-2656

Solomon A. Radner (P73653)

**MI DEP'T OF ATTORNEY GEN.**
Joshua S. Smith (P63349)
Kristin M. Southerland (P64353)
John L. Thurber (P44989)
Michael R. Dean (P71333)
Jennifer A. Foster (P75947)
Sara E. Trudgeon (P82155)
William J. Predhomme II (P81527)
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
smithj191@michigan.gov

***Attorneys for Defendants Bush, McKee, Fisher, Gulick, Sherry, Brewer, Johnson, Osterhout and Washington, and Defendants McIntyre and Blessman***

**HACKNEY ODLUM & DARDAS**
Thomas G. Hackney (P81283)
Connor A. McLaughlin (P83229)
10850 E. Traverse Hwy. Ste. 4440
Traverse City, MI 49684
(231) 642-5026
thackney@hodlawyers.com

***Attorneys for Defendants Papendick, Lacy, Hutchinson, Coleman and Bomber***

17515 W. Nine Mile Rd Ste 1175
Southfield, MI 48075
(313) 355-3425
solomon@radnerlawgroup.com

***Attorneys for Plaintiffs Pearson, Sheldon,, Garwood and the Putative Class***

**LAW OFFICE OF DANIEL RANDAZZO**
Daniel Randazzo (P39935)
2731 South Adams Rd., Ste. 100
Rochester Hills, MI 48309
(248) 853-1003
Attyrandaz@aol.com

***Attorney for Plaintiff Smith***

---

**BRIEF IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL FOR CORIZON DOCTOR DEFENDANTS**

The law firm of Hackney Odlum & Dardas and attorneys Thomas Hackney and Connor McLaughlin, rely on and incorporate the facts and law outlined in the preceding Motion as if fully set forth herein.

An attorney's appearance in this District continues until the entry of a final order or judgment or the entry of a withdrawal or substitution order. LR 83.25(b). A decision to allow counsel to withdraw is at the discretion of the Court. When considering withdrawal requests, courts turn to the Model Rules of Professional Conduct for guidance. *Brandon v. Blech*, 560 F.3d 536, 538 (6th Cir. 2009).

As relevant here, Model Rule 1.16(b) permits a lawyer to withdraw from representing a client if:

(1) Withdrawal can be accomplished with material adverse effect on the interests of the client;

…

(5) the client fails to substantially to fulfill an obligation to the lawyer regarding the lawyers' services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; or

(7) other good cause for withdrawal exists.

Michigan Rule of Professional conduct 1.16(b) substantially mirrors the Model Rule.

The criteria for withdrawal under these rules have been satisfied in this case. Hackney Odlum & Dardas appeared for Defendants Jeffrey Bomber, DO; Robert Lacy, DO; Rickey Coleman, DO; Keith Papendick, MD; and Craig Hutchinson, MD ("Corizon Doctor Defendants") to provide stop-gap representation, attempt to find them defense and indemnity coverage, monitor the bankruptcy proceedings, and protect their interests. Hackney Odlum & Dardas and Corizon Doctor Defendants reasonably anticipated that the confirmation of a Chapter 11 bankruptcy plan for their former employer where Plaintiffs were creditors and granted a release against them would conclude these proceedings and prevent the full litigation of this putative class action. After the failure of the Plan, this is no longer the case and Corizon

Doctor Defendants appear to be a primary focus of the litigation which is set to begin in earnest. Hackney Odlum & Dardas do not have the resource or financial capacity to provide a quality defense to Corizon Doctor Defendants and Corizon Doctor Defendants do not have the financial capacity to pay them for a defense. The present circumstances have rendered the representation of Corizon Doctor Defendants unreasonably difficult and good cause for withdrawal exists. Withdrawal will not cause material adverse effect on the clients were the resumed case has not begun and no deadlines have been set.

WHEREFORE, Hackney Odlum & Dardas respectfully requests that this Honorable Court grant this Motion and enter an Order permitting Hackney Odlum & Dardas and attorneys Thomas Hackney and Connor McLaughlin to withdraw as counsel of record, and grant whatever other relief it deems necessary.

Respectfully
**HACKNEY ODLUM & DARDAS**

Dated: August 24, 2026

By:____________________________
Thomas G. Hackney (P81283)
Connor A. McLaughlin (P83229)
Attorneys for Jeffrey Bomber, D.O.; Robert Lacy, D.O.; Rickey Coleman, D.O.; Keith Papendick, M.D.; and Craig Hutchinson, M.D.
10850 E. Traverse Hwy. Ste. 4440
Traverse City, MI 49684
(231) 642-5026
thackney@hodlawyers.com

cmclaughlin@hodlawyers.com

**CERTIFICATE OF SERVICE (E-FILE)**

I hereby certify that on the 24th day of August 2026, I electronically filed the attached *Motion to Withdraw* together with this Certificate of Service with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record. Hackney Odlum & Dardas also served a copy of this Motion on Jeffrey Bomber, D.O.; Robert Lacy, D.O.; Rickey Coleman, D.O.; Keith Papendick, M.D.; and Craig Hutchinson, M.D.

Dated: August 24, 2026

By:______________________________
Thomas G. Hackney (P81283)
Hackney Odlum & Dardas
Attorneys for Jeffrey Bomber, D.O.; Robert Lacy, D.O.; Rickey Coleman, D.O.; Keith Papendick, M.D.; and Craig Hutchinson, M.D.